IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> DONALD and KIMBERY BUSH, ) <br> ) <br> Debtors. ) <br> DONALD and KIMBERY BUSH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant ) | Case No. 14-9053-JMC <br> Chapter 7 <br> Judge James M. Carr <br><br> Adv. No. 15-50150 <br><br> (Related District Court Case: <br>  No. 1:15-cv-1318-WTL) |

**NOTICE OF APPEAL**

The United States of America appeals from the Judgment [Doc. 29] and the accompanying Entry on United States' Motion for Judgment on the Pleadings [Doc. 28] both entered on April 8, 2016. Pursuant to Official Bankruptcy Form B 17A, the following information is provided:

**Part 1: Identify the appellant(s)**

1. Name of appellant: United States of America

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
|  Plaintiff | Debtor |
| ☑ Defendant | Creditor |
| Other (describe) _____ | Trustee |
| | Other (describe) _____ |

1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:  Judgment (and decision) that 2009 and 2010 tax penalties are dischargeable.

2. State the date on which the judgment, order, or decree was entered: April 8, 2016.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

1. Party: (Plaintiff) Donald Wayne Bush   Attorney: Julie A. Camden
   Camden & Meridew, P.C.
   10412 Allisonville Road, Suite 200
   Fishers, IN  46038
   Tel:  317-770-0000

2. Party (Plaintiff): Kimberly Ann Bush   Attorney: Julie A. Camden
   Camden & Meridew, P.C.
   10412 Allisonville Road, Suite 200
   Fishers, IN  46038
   Tel:  317-770-0000

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts):  Not Applicable**

**Part 5: Sign below**

Date: April 22, 2016

CAROLYN D. CIRAOLO
Tax Division, U.S. Department of Justice
Acting Assistant Attorney General

 /s/ *Peter Sklarew*
PETER SKLAREW
SARAH T. MAYHEW
Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-307-6571 / Fax: 202-514-5238
peter.a.sklarew@usdoj.gov
sarah.t.mayhew@usdoj.gov